Motion to dismiss appeal granted, with ten dollars costs, unless appellant serve and file its points on or before October 14, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LINA HOBERG v. A. SOFRANSCY, Doing Business, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of RUSSIAN REINSURANCE COMPANY and Others, Individually and as Directors, etc., for an Order Declaring and Determining the Disposition of the Surplus United States Assets of RUSSIAN REINSURANCE COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of the FIRST RUSSIAN INSURANCE COMPANY Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of FIRST RUSSIAN INSURANCE COMPANY Established in 1827 and Others, for an Order Declaring and Determining the Disposition of the Surplus United States Assets of FIRST RUSSIAN INSURANCE COMPANY Established in 1827.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET KLEINER v. "ABRAHAM" SCHWARTZ, First Name Being Fictitious etc., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET KLEINER v. "ABRAHAM" SCHWARTZ, First Name Being Fictitious, etc., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY KLEINER v. "ABRAHAM" SCHWARTZ, First Name Being Fictitious, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY KLEINER v. "ABRAHAM" SCHWARTZ, First Name Being Fictitious, etc., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of LOUIS TRUGMAN, as Executor, etc., of HARRY SCHWARTZ, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHANIEL R. GHOLSTIN v. JOHN REBER & BROTHERS FRENCH PASTRY CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID ELKIN v. ABRAHAM WEISBEIN, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRAMMERCY INVESTING COMPANY v. BANK OF UNITED STATES and Others,